885 A.2d 339

**ATTORNEY GRIEVANCE COMMISSION
of Maryland, Petitioner,**

v.

**Isaac JOE, Jr., Respondent.**

**Misc. Docket AG No. 54 Sept. Term, 2005.**

Court of Appeals of Maryland.

Nov. 1, 2005.

## *ORDER*

The parties herein have jointly petitioned this Court to reprimand the Respondent pursuant to Maryland Rule 16–772. Upon review of the said Joint Petition and for the reasons set forth therein, it is this 1st day of November, 2005

ORDERED, that the Respondent, Isaac Joe, Jr., be, and is hereby, reprimanded for his violation of Maryland Rules of Professional Conduct 1.3, 1.4 and 8.1(b).